**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jewell VAUGHN, III, Defendant–**
**Appellant.**

**No. 03–30424**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Camille Ann Domingue, Assistant US Attorney, Brett L. Grayson, Assistant US Attorney, US Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Jewell Vaughn, III, pro se, Yazoo City, MS, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jewell Vaughn, III, on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vaughn has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.